# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hicks, Jr., S. Maurice | U.S. District Co., Western La. | 10/31/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
300 Fannin St. , Suite 5101
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer/Adjunct Faculty Member | Centenary College of Louisiana |
| 2. | Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 3. | Advisory Board Member | Global Power Air Museum of Barksdale Air Force Base (501(c)(3) organization) |
| 4. | Board of Trustees | Paul M. Hebert Law Center, Louisiana State University |
| 5. | Director of Accommodations | Committee on Bar Admissions, Louisiana Supreme Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Centenary College of Louisiana - Teaching | $2,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Paralegal services - self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College, University or Law School | 04/17/2015 - 04/17/2015 | Lafayette, LA | Activity of professional association of civic organization | Transportation, meals, lodging |
| 2. | Federal Judicial Center | 05/02/2015 - 05/06/2015 | New Orleans, LA | Circuit judicial conference | Transportation, meals, lodging |
| 3. | Bar Group, Bar Organization, or Bar Association | 05/06/2015 - 05/08/2015 | New Orleans, LA | Activity of professional association of civic organization | Transportation, meals, lodging |
| 4. | Administrative Office | 09/09/2015 - 09/10/2015 | Washington, DC | Meeting sponsored by the AO, FJC, USSC or JPMDL | Transportation, meals, lodging |

| 5. | Court | 09/25/2015 - 09/26/2015 | Lafayette, LA | Court governance or administrative/managerial meetings | Transportation, meals, lodging |
|---|---|---|---|---|---|
| 6. | Federal Judicial Center | 10/04/2015 - 10/06/2015 | Nashville, TN | FJC educational seminar or program | Transportation, meals, lodging |
| 7. | Bar Group, Bar Organization, or Bar Association | 10/22/2015 - 10/23/2015 | St. Francisville, LA | Activity of professional association or civic organization | Transportation, meals, lodging |
| 8. | Administrative Office | 11/16/2015 - 11/17/2015 | Grapevine, TX | Meeting sponsored by the AO, FJC, USSC or JPMDL | Transportation, meals, lodging |
| 9. | Court | 12/10/2015 - 12/11/2015 | New Orleans, LA | Court governance or administrative/managerial meetings | Transportation, meals, lodging |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Midland Mortgage | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | Capital One Bank | Consumer Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts | A | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Universal Life | B | Int./Div. | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Whole Life | B | Int./Div. | J | T | | | | | |
| 4. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | A | Rent | K | R | | | | | |
| 5. Rental Property #1, Ruston, LA - 07/03/01, $74,000 | A | Rent | L | R | | | | | |
| 6. IRA # 1 Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |
| 7. Barksdale Federal Credit Union | | None | | | Closed | 12/31/15 | J | | |
| 8. Red River Syndicate LP | A | Int./Div. | L | U | | | | | |
| 9. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 10. IRA #1 Globalnet | | None | | | Sold | 06/19/15 | J | A | |
| 11. Giant Studios | | None | J | T | | | | | |
| 12. IRA #2 Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 13. Raymond James Bank Deposit Program-T | A | Int./Div. | J | T | | | | | |
| 14. Scottrade Cash Acct. | A | Interest | | | Closed | 12/31/15 | K | | |
| 15. IRA #2 Encana | A | Dividend | | | Sold | 12/07/15 | J | A | |
| 16. IRA #2- Genesis Energy LP | B | Distribution | K | T | Buy (add'l) | 02/09/15 | J | | |
| 17. | | | | | Sold (part) | 11/30/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1- GNMA Series 2009-87 | A | Interest | J | T | | | | | |
| 19. IRA #3 Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 20. JP Morgan -Cash Acct. | | None | J | T | | | | | |
| 21. Raymond James Bank Deposit Program-S | | None | J | T | | | | | |
| 22. IRA #2-Interdigital Inc. | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 23. IRA #2-Ishares Comex Gold | | None | | | Sold | 07/28/15 | J | A | |
| 24. Linn Energy LLC - Janney | A | Distribution | | | Sold | 12/14/15 | J | A | |
| 25. Chemtrade Logis - Scottrade (X) | A | Dividend | | | Sold | 08/31/15 | J | A | |
| 26. IRA #1-GNMA Series 2010-162 | A | Interest | J | T | | | | | |
| 27. Raymond James S- Capital Southwest Corporation | A | Dividend | | | Sold | 08/18/15 | J | A | |
| 28. IRA #2-Apple Incorporated | A | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 29. IRA #2-Chevron Corporation | A | Dividend | | | Sold | 07/28/15 | J | A | |
| 30. IRA #2-Conocophillips | A | Dividend | | | Sold | 07/28/15 | J | A | |
| 31. IRA #2-Proto Labs Incorporated | | None | J | T | | | | | |
| 32. IRA #2-Regeneron Pharmaceuticals | | None | J | T | | | | | |
| 33. IRA #2-3-D Systems Corporation | | None | | | Sold | 11/30/15 | J | A | |
| 34. IRA #2-Stratasys Limited Shs | | None | | | Sold | 11/30/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  IRA #2-Cole Real Estate Invts | | None | | | Sold | 01/01/15 | J | A | |
| 36.  IRA #2-Cyrusone Incorporated | A | Dividend | J | T | Buy (add'l) | 03/12/15 | J | | |
| 37.  IRA #2-Energy Transfer Partners | A | Distribution | J | T | | | | | |
| 38.  IRA #2-Martin Midstream Partners LP | B | Distribution | | | Sold | 11/30/15 | J | A | |
| 39.  IRA #2-W P Carey Inc. | B | Dividend | K | T | | | | | |
| 40.  IRA #2-Villere Balanced Fund Investor Class | A | Dividend | | | Sold | 11/25/15 | J | A | |
| 41.  IRA #2 - Fed Ex | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 42.  IRA #2- Grifols | A | Dividend | J | T | | | | | |
| 43.  IRA #2- Hydrogenics | | None | J | T | Buy (add'l) | 02/09/15 | J | | |
| 44.  IRA #2- Energy Transfer Equity | A | Distribution | J | T | | | | | |
| 45.  Pacira Pharmaceuticals- Raymond James T | | None | | | Sold | 05/05/15 | J | A | |
| 46.  Gilead Sciences - Janney | A | Dividend | J | T | | | | | |
| 47.  Enlink Midstream - Janney | A | Distribution | J | T | | | | | |
| 48.  IberiaBank | | None | K | T | | | | | |
| 49.  IRA #2- Verint Systems Inc | | None | J | T | Buy | 03/05/15 | J | | |
| 50.  IRA #2 - Harman Int Industries | A | Dividend | | | Buy | 03/05/15 | J | | |
| 51. | | | | | Sold | 07/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 10/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2- Valero Energy Corp | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 53. IRA #2- T. Rowe Price Blue Chip | | None | J | T | Buy | 11/25/15 | J | | |
| 54. IRA #2- Vanguard Wellesley Inc Fund | A | Dividend | K | T | Buy | 11/25/15 | K | | |
| 55. IRA #2 - Dodge & Cox | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 56. IRA #2 - Amazon | | None | K | T | Buy | 11/30/15 | K | | |
| 57. IRA #2 - Alphabet Inc | | None | K | T | Buy | 11/30/15 | J | | |
| 58. IRA #2 - Delware Smal Cap | | None | J | T | Buy | 11/30/15 | J | | |
| 59. IRA #2- Fidelity Small Cap | | None | J | T | Buy | 11/30/15 | J | | |
| 60. IRA #2 - Am Cap Fund Class F2 | | None | J | T | Buy | 11/30/15 | J | | |
| 61. IRA #2 - Fidelity New Millenium | A | Dividend | J | T | Buy | 11/30/15 | J | | |
| 62. IRA #3- Martin Midstream Partners | A | Distribution | | | Buy | 02/09/15 | J | | |
| 63. | | | | | Sold | 11/30/15 | J | A | |
| 64. Raymond James S- Citizens Natl Bancshares | | None | J | T | Buy | 08/21/15 | K | | |
| 65. Azure Midstream Partners - Janney | | None | J | T | Buy | 12/14/15 | J | | |
| 66. General Electric Co - Janney | | None | J | T | Buy | 12/14/15 | J | | |
| 67. Raymond James T- Citizens Natl Bancshares | | None | J | T | Buy | 09/11/15 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 10/31/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2.) Description of the asset has been changed to clarify the type of policy held. Filer has no control over the assets.

3.) Description of the asset has been changed to clarify the type of policy held. Filer has no control over the assets.

5.) Rental Property #1 Ruston, LA - original purchase price $74,000. Improvements to property since date of purchase total $16,194.

25.) Chemtrade Logis- Scottrade was incorrectly marked sold in 2014. This should have been a partial sale in 2014. Chemtrade Logis- Scottrade sold in 2015.

35.) IRA #2 - Cole Real Estate Invts should have been marked sold in 2014. Marked sold as of 01/01/2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ S. Maurice Hicks, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544